Lawrence S. Lustberg
Christina M. LaBruno
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

*Attorneys for Defendants*
*The Trustees of Princeton University and*
*Kenneth E. Strother, Jr.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID PIEGARO,<br><br>  Plaintiff,<br><br>  v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY and KENNETH E. STROTHER, JR.,<br><br>  Defendant. | Civil Action No. 3:25-cv-13919-ZNQ-JTQ<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF LAWRENCE S. LUSTBERG** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel for Defendants The Trustees of Princeton University and Kenneth E. Strother, Jr. in the above-captioned action. Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: August 11, 2025
  Newark, New Jersey

s/ Lawrence S. Lustberg
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
llustberg@gibbonslaw.com