

Lawrence S. Lustberg

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

October 13, 2025

Honorable Justin T. Quinn, U.S.M.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 6W
Trenton, NJ 08608

      **Re:**   *David Piegaro v. The Trustees of Princeton University, et al.*
                *3:25-cv-13919-ZNQ-JTQ*

Dear Judge Quinn:

      This Firm represents Defendants The Trustees of Princeton University and Kenneth E. Strother, Jr. (collectively "Defendants") in the above-referenced matter. We are writing, with Plaintiff's consent, to respectfully request a thirty (30) day extension of time for Defendants to answer, move or otherwise respond to Plaintiff's Complaint, filed July 30, 2025. The current deadline to respond is October 13, 2025. If granted, the deadline to respond will be November 12, 2025. Defendants have previously been granted the automatic clerk's extension of time to respond to Plaintiff's Complaint. We do not anticipate requesting any further extensions.

      Given this extension request, the parties respectfully request that Your Honor also "So Order" the following briefing schedule:

1. Defendants will file an Answer and/or Motion to Dismiss the Complaint by **November 12, 2025** (The Court would, then, waive the pre-motion conference letter procedures).[1]

2. If Defendants file a Motion to Dismiss, Plaintiff will have until **January 16, 2026** to file an opposition.

3. Defendants' reply will be due **January 30, 2026**.

      We thank the Court for its kind consideration of this request.

---

[1] Plaintiff's position is that any motion to dismiss would be denied. Yet, to conserve the parties' and the Court's resources—and to secure a definite timeline to move this Action forward—Plaintiff consents to Defendants filing their motion without the need for pre-motion practice. Plaintiff otherwise reserves all rights and arguments and waives none.

GIBBONS P.C.

October 13, 2025
Page 2

                                                         Respectfully submitted,

                                                         *s/ Lawrence S. Lustberg*

                                                         Lawrence S. Lustberg

SO ORDERED:

_____
Honorable Justin T. Quinn
United States Magistrate Judge