**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DAVID PIEGARO,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY and KENNETH E. STROTHER, JR.,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:25-cv-13919-ZNQ-JTQ<br><br>**STIPULATION AND CONSENT ORDER** |

　　　　Pursuant to Local Rule 6.1 and consistent with the Court's Judicial Preferences, Plaintiff David Piegaro ("Plaintiff") and Defendants The Trustees of Princeton University and Kenneth E. Strother, Jr. (collectively, "Defendants"), by and through their undersigned counsel, hereby **STIPULATE** that, upon approval of this Stipulation by the Court:

　　　　1.　　Plaintiff's deadline to oppose Defendants' Motion to Dismiss (Dkt. 17), shall be extended to February 3, 2026.

　　　　2.　　Defendants' deadline to reply in further support of their motion shall be extended to February 24, 2026.

　　　　In support of this Stipulation, the parties jointly represent that:

　　　　1.　　Plaintiff filed his Complaint on July 30, 2025. *See* Dkt. 1.

　　　　2.　　Defendants waived service of the Complaint, which extended their deadline to answer or otherwise respond to the Complaint. *See* Dkts. 3-4.

　　　　3.　　In September and October 2025, Defendants requested and received two extensions to their deadline to answer or otherwise respond to the Complaint. *See* Dkts. 10-12.

4. On November 12, 2025, Defendants requested leave to file a motion to dismiss the Complaint. *See* Dkt. 13. Plaintiff responded on November 19, 2025. *See* Dkt. 14. On November 20, 2025, the Court permitted Defendants to file their motion, limited to the arguments set forth in their pre-motion letter, by December 12, 2025. *See* Dkt. 15.

5. Defendants timely filed their motion. *See* Dkt. 17. Pursuant to the Court's November 12, 2025 order (Dkt. 15), and the Court's published list of motion days, Plaintiff's current deadline to file his opposition is December 22, 2025. Defendants' current deadline to reply is December 29, 2025. The motion is currently returnable on January 5, 2026.

6. This is the parties' first request for an extension of the briefing schedule for this motion following the Court's November 20, 2025 order.

7. The parties agree that the extension sought in this Stipulation will not unduly delay this action.

Dated: December 15, 2025                                                    Respectfully,

**KASOWITZ LLP**                                               **GIBBONS P.C.**

By: */s/ Andrew L. Schwartz*                                  By: */s/ Lawrence S. Lustberg*
Andrew L. Schwartz (N.J. Bar No. 092242013)   Lawrence S. Lustberg
Andrew C. Bernstein (Pro Hac Vice)                       Christina M. LaBruno
1633 Broadway                                                          One Gateway Center
New York, New York 10019                                      Newark, New Jersey 07102
(212) 506-1700                                                            (973) 596-4500
ASchwartz@Kasowitz.com                                       llustberg@gibbonslaw.com
ABernstein@Kasowitz.com                                       clabruno@gibbonslaw.com

*Counsel for Plaintiff*                                                *Counsel for Defendants*

**SO ORDERED:**

_____
Hon. Zahid N. Quraishi
Dated: December 16, 2025                                       United States District Judge