Jessica A. Masi, Esq. (No. 480412024)
One Gateway Center
Newark, N.J. 07102-5310
Telephone:  (973) 596-4500
Facsimile:  (973) 596-0545
llustberg@fbtgibbons.com
acollart@fbtgibbons.com
jmasi@fbtgibbons.com

*Attorneys for Defendants*
*The Trustees of Princeton University and*
*Kenneth E. Strother, Jr.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAVID PIEGARO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE TRUSTEES OF PRINCETON UNIVERSITY and KENNETH E. STROTHER, JR.,<br><br>　　　　　　Defendants. | Civil Action No. 3:25-cv-13919-ZNQ-JTQ<br><br>*Document Electronically Filed*<br><br>**NOTICE OF APPEARANCE OF**<br><br>**JESSICA A. MASI** |

　　　　**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as co-counsel for Defendants The Trustees of Princeton University and Kenneth E. Strother, Jr. in the above-captioned action.  Please serve copies of all papers in this matter upon the undersigned attorney at the office and e-mail address listed below.

Dated: June 4, 2026
　　　Newark, New Jersey

　　　　　　　　　　　　　　　　*s/ Jessica A. Masi*
　　　　　　　　　　　　　　　　Jessica A. Masi, Esq.
　　　　　　　　　　　　　　　　**FBT GIBBONS LLP**
　　　　　　　　　　　　　　　　One Gateway Center
　　　　　　　　　　　　　　　　Newark, New Jersey 07102
　　　　　　　　　　　　　　　　(973) 596-4500
　　　　　　　　　　　　　　　　jmasi@fbtgibbons.com