FBT Gibbons

**Lawrence Lustberg**
Partner
+1 973.596.4731 (t)
llustberg@fbtgibbons.com

October 19, 2026

**VIA ECF**

Honorable Zahid N. Quraishi, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 4W
Trenton, New Jersey 08608

**Re:** ***Piegaro v. Trs. of Princeton Univ. et al.*, No. 3:25-cv-13919-ZNQ-JTQ**

Dear Judge Quraishi:

This Firm represents Defendants The Trustees of Princeton University ("Princeton") and Kenneth E. Strother, Jr. ("Chief Strother," together with Princeton, "Defendants") in the above-captioned matter. Presently before Your Honor is a motion by Plaintiff David Piegaro ("Plaintiff") to Dismiss Chief Strother's Counterclaims and to Strike Defendants' Answer, which is currently returnable on November 2, 2026.

With Plaintiff's consent, Defendants respectfully request a brief extension of time to file their opposition to Plaintiff's motion. If granted, Defendants' opposition would be due on Friday, October 23, 2026. Plaintiff, in turn, with Defendants' consent, will file his reply brief by November 5, 2026.

If this is acceptable to the Court, the parties respectfully request that Your Honor also "So Order" the amended briefing schedule:

1. Defendants shall file their opposition to Plaintiff's Motion on or before **October 23, 2026**; and

2. Plaintiff shall file his reply brief by **November 5, 2026**.

We thank the Court for its kind consideration of this request.

Respectfully submitted,

*s/ Lawrence S. Lustberg*
Lawrence S. Lustberg

SO ORDERED:

______________________________
Honorable Zahid N. Quraishi
United States District Judge